**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CHRISTOPHER MORANO,

      Plaintiff,                    Case No: 5:16-cv-00547-MMH-PRL

v.

DRJ INVESTMENTS, INC.,

      Defendant.

_____/

**MEDIATION REPORT**

In accordance with the Court's Mediation Order(s), a mediation conference was held on **August 3, 2017**, and the results of that conference are indicated below:

(a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    __X__          Defendant and its counsel were in attendance.

    __X__          Plaintiff and his counsel were in attendance.

    _____          Designated corporate representatives.

    _____          Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:   None

(c)    The outcome of the mediation conference was:

    __X__          **The case completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.**

_____   The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this court to resolve:

_____   The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding judge. Mediation reports will be filed after additional conferences are complete.

_____   The parties reached an IMPASSE.

### CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to the following:

Douglas J. LaPointe
Cameron, Hodges, Coleman, LaPointe &
Wright, P.A.
111 N. Magnolia Avenue, Suite 1350
Orlando, Florida 32801

Gabrielle E. Klepper
Spielberger Law Group
202 S. Hoover Boulevard
Tampa, Florida 33609


Mark A. Hanley
Email: mhanley@bradley.com
Florida Bar No.: 328405
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
(813) 559-5500 - telephone
(813) 229-5946 - facsimile
*Mediator*

1/4318917.1