# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CHRISTOPHER MORANO,

    Plaintiff,

v.                                                       Case No.   5:16-cv-547-Oc-34PRL

DRJ INVESTMENTS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Motion for Dismissal With Prejudice (Dkt. No. 29; Motion) filed on August 16, 2017.  In the Motion, the parties request dismissal of this matter with prejudice.  <u>See</u> Motion at 1.  Accordingly, it is hereby

**ORDERED:**

1. The Joint Motion for Dismissal With Prejudice (Dkt. No. 29) is **GRANTED**.
2. This case is **DISMISSED with prejudice**.
3. Each party shall bear its own costs.
4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 17th day of August, 2017.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record